IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA L. HOSSACK,<br><br>    Plaintiff,<br><br> vs.<br><br>CSG SYSTEMS, INC., a Delaware Corporation, authorized to do business in Nebraska;<br><br>    Defendant. | 8:13CV3178<br><br>**ORDER** |

  IT IS ORDERED:  The motion to withdraw filed by Joshua A. Wille as counsel of record on behalf of Defendant CSG Systems, Inc., (Filing No. 37), is granted.

  Dated this 8th day of April, 2014.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge